UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: CMACAO : Case No. 05-58115
      aka Columbus Metropolitan Area : Chapter 7
      Community Action Organization, Inc., :
       :
      Debtor. : Judge Caldwell

## NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED FUNDS

TO THE CLERK OF COURT:

The attached check in the amount of $3,624.41 represents an interim sum of unclaimed and small dividends with regard to wage claims in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are listed below.

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| Kathy L. Stone<br>37 Jefferson Ave., Apt. 15<br>Columbus, OH 43215 | 171A | $1,231.54 |
| Angel S. Long<br>4024 Brookshire Ct.<br>Columbus, OH 43227 | 283A | $ 947.41 |
| Darryl L. Coleman<br>220 Eden Ave.<br>Columbus, OH 43224 | 303A | $1,445.46 |

| Total Unclaimed/Small<br>Dividends $25.00 or Under | Total Unclaimed<br>Dividends Over $25.00 |
|---|---|
| $ 0.00 | $3,624.41 |

Dated: November 4, 2010            /s/ Myron N. Terlecky
                                           Myron N. Terlecky, Trustee